# United States Court of Appeals
## For the First Circuit

_____

No. 24-1612
      24-1677

CHRISTOPHER DRENNEN; UNITED STATES,

Plaintiffs - Appellees,

v.

FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a Fresenius Medical Care North America, Inc.,

Defendant - Appellant.

_____

**JOINT STIPULATION OF DISMISSAL**

Defendant-Appellant Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America ("FME") and Plaintiff-Appellee, Christopher Drennen jointly stipulate, under Federal Rule of Appellate Procedure 42(b)(1), to the dismissal of these appeals Nos. 24-1612, 24-1677. Each party shall bear its own costs.

Dated: October 23, 2024

Respectfully submitted,

**MANATT, PHELPS & PHILLIPS, LLP**

By: /s/     Joan A. Lukey
      Joan A. Lukey
One Beacon Street, Ste. 28-200
Boston, MA  02108
(617) 646-1400 (phone)
(617) 646-1484 (fax)
JLukey@manatt.com


James A. Johnson
32537 Lakeview Cir.
Loxley, AL  36551
(251) 554-7080 (phone)
jim@attorneyjim.com

Attorneys for Plaintiff-Appellee Christopher Drennen

**DOWD BENNETT LLP**

By:   /s/   James F. Bennett
      James F. Bennett
Megan S. Heinsz
Hannah F. Preston
7676 Forsyth Blvd., Suite 1900
St. Louis, MO  63105
(314) 889-7300 (phone)
(314) 863-2111 (fax)
jbennett@dowdbennett.com
mheinsz@dowdbennett.com
hpreston@dowdbennett.com

Maria R. Durant
HOGAN LOVELLS LLP
125 High St., #2010
Boston, MA  02110
(617) 371-1000 (phone)
(617) 371-1037 (fax)
maria.durant@hoganlovells.com

Attorneys for Defendant-Appellant Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I certify the following:

This document complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 83 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

This document complies with Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in a proportionally spaced typeface in 14-point Time New Roman font.

Dated:  October 23, 2024            /s/ James F. Bennett
                                              James F. Bennett

                                              Counsel for Defendant-Appellant Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America

# CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record who are registered as ECF Filers will be served by the CM-ECF system:

| | |
|---|---|
| Kriss Basil | kriss.basil@usdoj.gov |
| Suzanne E. Durrell | suzanne@whistleblowerllc.com |
| Jeremy L. Friedman | jlfried@comcast.net |
| Abraham R. George | abraham.george@usdoj.gov |
| George Henderson | george.henderson2@usdoj.gov |
| Joan A. Lukey | JLukey@manatt.com |
| James A. Johnson | jjohnson@jamesajohnsonpc.com |
| Steven T. Sharobem | steven.sharobem@usdoj.gov |
| Robert M. Thomas | rmt@thomasandassoc.net |
| Charles H. Thronson | ecf@parsonsbehle.com |
| Jessica Weber | jessica.j.weber@usdoj.gov |

I further certify that on October 23, 2024, I served a copy of the foregoing document on the following parties or their counsel of record who are not registered as ECF Filers by U.S. Mail:

R. Edwin Lamberth
Gilmore Law Firm
1706 Dauphin St.
Mobile, AL 36604

Michael A. Worel
Dewsnup, King & Olsen
36 S. State St., Ste. 2400
Salt Lake City, UT 84111

Olga Yevtukhova
U.S. Department of Justice – Civil Division
175 N. St., NE
Washington, DC  20002

                                                                 /s/ James F. Bennett